THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 
 

v.

 
 
 
 Harrison Sanders, Jr., Appellant.
 
 
 
 

Appeal From Hampton County
Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2009-UP-509
 Submitted October 1, 2009  Filed November
5, 2009    

APPEAL DISMISSED

 
 
 
 Tommy A. Thomas, of Irmo, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and Solicitor I. McDuffie Stone,
 III, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Harrison
 Sanders, Jr., appeals his guilty pleas for voluntary manslaughter and assault
 and battery with intent to kill.  On appeal, Sanders argues his guilty pleas
 did not comply with the mandates set forth in Boykin v. Alabama, 395
 U.S. 238 (1969).  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.  
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.